ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email:   ariel.stern@akerman.com
            rex.garner@akerman.com

*Attorneys for plaintiff Wells Fargo Bank, N.A.,*
*as Trustee for the Certificateholders of Bank of*
*America Funding Corporation Mortgage*
*Pass-Through Certificates, Series 2007-5*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANK OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5,<br><br>Plaintiff,<br><br>vs.<br><br>MEI-GSR HOLDINGS, LLC; GRAND SIERRA RESORT UNIT-OWNERS' ASSOCIAITON; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00654-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON DEFENDANTS' MOTION TO RESCIND ORDER CERTIFYING QUESTION TO THE NEVADA SUPREME COURT AND DENYING MOTION TO DISMISS [ECF NO. 30]**<br><br>**(FIRST REQUEST)** |

Plaintiff Wells Fargo Bank, N.A., as Trustee for the Certificateholders of Bank of America Funding Corporation Mortgage Pass-Through Certificates, Series 2005-7 (**Wells Fargo**) and defendants MEI-GSR Holdings, LLC and Grand Sierra Resort Unit-Owners' Association (collectively, **defendants**), respectfully submit the following stipulation to allow Wells Fargo seven (7) additional days to oppose defendants' motion to rescind order certifying question to the Nevada

{38785793;1}

Supreme Court and denying motion to dismiss (the **motion**), ECF No. 30, and defendants seven (7) additional days to file their reply.

Defendants filed their motion on July 11, 2016.  (ECF No. 30.)  Wells Fargo's deadline to file its opposition is July 28, 2016.  *See* LR 7-2.  The parties stipulate to extending Wells Fargo's opposition deadline by seven (7) additional days, to August 4, 2016, and defendants' reply deadline by seven (7) additional days, to August 22, 2016, to allow the parties' additional time to prepare their briefing.  This is the parties' first request for an extension.

Dated this 28th day of July, 2016.

**AKERMAN LLP**

 */s/  Rex D. Garner*
ARIEL E. STERN, ESQ.
Nevada Bar No. 13848
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for plaintiff Wells Fargo Bank, N.A., as Trustee for the Certificateholders of Bank of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5*

Dated this 28th day of July, 2016.

**COHEN-JOHNSON, LLC**

 */s/  H. Stan Johnson*
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
CHRIS DAVIS, ESQ.
Nevada Bar No. 06616
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119

*Attorneys for defendants MEI-GSR Holdings, LLC and Grand Sierra Resort Unit-Owners' Association*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this  29  day of July, 2016.

{38785793;1}