1 **COHEN|JOHNSON|PARKER|EDWARDS**
H. STAN JOHNSON, ESQ.
2 Nevada Bar No. 00265
sjohnson@cohenjohnson.com
3 CHRIS DAVIS, ESQ.
Nevada Bar No. 06616
4 cdavis@cohenjohnson.com
5 375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
6 Telephone: (702) 823-3500
Facsimile: (702) 823-3400
7 Attorneys for Defendants, MEI-GSR Holdings, LLC and
8 Grand Sierra Resort Unit-Owners' Association

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANK OF AMERICA FUNDING CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-5,<br><br>Plaintiff,<br><br>vs.<br><br>MEI-GSR HOLDINGS, LLC; GRAND SIERRA RESORT UNIT-OWNERS' ASSOCIATION; DOE INDIVIUTALS 1 through 10, inclusive, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00654-GMN-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER AND EXTEND THE TIME TO RESPOND**<br><br>**(First Request)** |

Plaintiff WELLS FARGO BANK, N.A and Defendants MEI-GSR HOLDINGS, LLC; GRAND SIERRA RESORT UNIT-OWNERS' ASSOCIATION, by and through their respective counsel of record, have agreed to extend the time for discovery, extend the time to respond to Plaintiff's Second Amended Complaint, and the time to respond to Plaintiff's motion for summary judgment. These extensions are requested in good faith in order to provide time for

COHEN|JOHNSON|PARKER|EDWARDS
375 E. Warm Springs Road, Ste. 104
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400

this Court to rule on Defendants' motion for stay which was filed on February 15, 2018, which has now been fully brief.

As this Court is aware, this case had been previously stayed pending the final resolution of the petition for writ certiorari to the United States Supreme Court in *Bourne Valley Court Trust v. Wells Fargo Bank*, which was ultimately lifted on October 18, 2017. This Court, however, certified the following question to the Nevada Supreme Court: "Whether NRS § 116.31168(1)'s incorporation of NRS § 107.090 required a homeowner's association to provide notices of default and/or sale to persons or entities holding a subordinate interest even when such persons or entities did not request notice, prior to the amendments that took effect on Oct 1, 2015?" *See Bank of New York Mellon v. Star Hill Homeowners Ass'n*, Case No. 2:16-CV-02561-RFB-PAL, 2017 WL 1439671, at *5 (D. Nev. Apr. 21, 2017). In an Order filed June 13, 2017, the Nevada Supreme Court accepted this certified question. *See SFR Investment Pool 1, LLC v. Bank of New York Mellon*, Case No. 72931, Order Accepting Certified Question, Directing Briefing, and Directing Submission of Filing Fee, at *1 (Nev. June 13, 2017).

In an effort to reduce costs, the parties have engaged in only limited discovery, anticipating that the Nevada Supreme Court would shortly answer the certified question. Plaintiff has sought records from the Alessi & Koenig, LLC, the lien servicer for the HOA. No other discovery has been conducted in order to avoid unnecessary expenses and a waste of the parties' and the court's time and resources. While the final reply brief in *SFR Investment Pool 1,* Case No. 72931 was filed on November 28, 2017, the Nevada Supreme Court has not yet answered the certified question and this Court has not yet ruled on Defendants' motion to stay. The parties have agreed to a limited extension of the discovery deadline and to extend the time to respond to Plaintiffs' newly amended complaint and newly filed motion for summary judgment in order to afford this Court adequate time to consider Defendants' motion for stay.

The extension of discovery deadline is also warranted because when Plaintiff amended its complaint, Plaintiff add a new party, Defendant DB PRIVATE WEALTH MORTGAGE LTD. DB Private Wealth, however, has not yet been served. Once served, the parties anticipate that DB Private Wealth will wish time to conduct discovery after responding to Plaintiff's complaint.

Accordingly, based on the foregoing and for good cause appearing, the Parties, by and through their respective counsel of record, do hereby stipulate and agree as follows:

1. The discovery cut-off date shall be extended by ninety-one (91) days, and the discovery cut-off date shall be Monday, July 16, 2018.

2. The filing of dispositive motions shall be not later than thirty (30) days after the discovery cut-off date or Wednesday, August 15, 2018.

3. The deadline for filing the Joint Pretrial Order shall be thirty (30) days after the Dispositive Motion deadline. In the event dispositive motions are filed, the deadline for filing the Joint Pretrial Order will be suspended until thirty (30) days after the decision on the dispositive motions or further court order.

4. The time for Defendants MEI-GSR Holdings, LLC and Grand Sierra Resort Unit-Owners' Association to respond to Plaintiff's Second Amended Complaint and motion for summary judgement shall be extended and are now due on Monday, April 16, 2018.

Dated this 14th day of March 2018.　　　　　　　Dated this 14th day of March 2018.

　COHEN|JOHNSON|PARKER|EDWARDS　　　　AKERMAN LLP

By: _/s/ Chris Davis_　　　　　　　　　　　By: _/s/ Rex D. Garner_
　H. Stan Johnson, Esq.　　　　　　　　　　　ARIEL E. STERN, ESQ.
　Nevada Bar No. 00265　　　　　　　　　　　Nevada Bar No. 8276
　Chris Davis, Esq.　　　　　　　　　　　　　REX D. GARNER, ESQ.
　Nevada Bar No. 6616　　　　　　　　　　　Nevada Bar No. 9401
　375 E. Warm Springs Rd., Suite 104　　　　1635 Village Center Circle, Suite 200
　Las Vegas, Nevada 89119　　　　　　　　　Las Vegas, NV 89134
　Attorneys for Defendants　　　　　　　　　Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED March 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE