**COHEN|JOHNSON|PARKER|EDWARDS**
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
CHRIS DAVIS, ESQ.
Nevada Bar No. 06616
cdavis@cohenjohnson.com
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
Attorneys for Defendants, MEI-GSR Holdings, LLC and
Grand Sierra Resort Unit-Owners' Association

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANK OF AMERICA FUNDING CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-5,<br><br>Plaintiff,<br><br>vs.<br><br>MEI-GSR HOLDINGS, LLC; GRAND SIERRA RESORT UNIT-OWNERS' ASSOCIATION; DOE INDIVIUTALS 1 through 10, inclusive, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00654-GMN-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME TO RESPOND**<br><br>**(Second Request)** |

Plaintiff WELLS FARGO BANK, N.A and Defendants MEI-GSR HOLDINGS, LLC; GRAND SIERRA RESORT UNIT-OWNERS' ASSOCIATION, by and through their respective counsel of record, have agreed to extend the time to respond to Plaintiff's Second Amended Complaint, and the time to respond to Plaintiff's motion for summary judgment. These extensions are requested in good faith in order to provide time for this Court to rule on

Defendants' motion for stay which was filed on February 15, 2018, which has now been fully brief.

As this Court is aware, this case had been previously stayed pending the final resolution of the petition for writ certiorari to the United States Supreme Court in *Bourne Valley Court Trust v. Wells Fargo Bank*, which was ultimately lifted on October 18, 2017. This Court, however, certified the following question to the Nevada Supreme Court: "Whether NRS § 116.31168(1)'s incorporation of NRS § 107.090 required a homeowner's association to provide notices of default and/or sale to persons or entities holding a subordinate interest even when such persons or entities did not request notice, prior to the amendments that took effect on Oct 1, 2015?" *See Bank of New York Mellon v. Star Hill Homeowners Ass'n*, Case No. 2:16-CV-02561-RFB-PAL, 2017 WL 1439671, at *5 (D. Nev. Apr. 21, 2017). In an Order filed June 13, 2017, the Nevada Supreme Court accepted this certified question. *See SFR Investment Pool 1, LLC v. Bank of New York Mellon*, Case No. 72931, Order Accepting Certified Question, Directing Briefing, and Directing Submission of Filing Fee, at *1 (Nev. June 13, 2017).

While the final reply brief in *SFR Investment Pool 1,* Case No. 72931 was filed on November 28, 2017, the Nevada Supreme Court has not yet answered the certified question and this Court has not yet ruled on Defendants' motion to stay. The parties have agreed to extend the time to respond to Plaintiffs' newly amended complaint and newly filed motion for summary judgment in order to afford this Court adequate time to consider Defendants' motion for stay. Accordingly, based on the foregoing and for good cause appearing, the Parties, by and through their respective counsel of record, do hereby stipulate and agree as follows:

//
//
//
//
//
//
//

1. The time for Defendants MEI-GSR Holdings, LLC and Grand Sierra Resort Unit-Owners' Association to respond to Plaintiff's Second Amended Complaint and motion for summary judgement shall be extended and are now due on Monday, April 30, 2018.

Dated this 16th day of April 2018.               Dated this 16th day of April 2018.

COHEN|JOHNSON|PARKER|EDWARDS            AKERMAN LLP

By: */s/ H. Stan Johnson*                              By: /*s/ Rex D. Garner*
   H. Stan Johnson, Esq.                                  ARIEL E. STERN, ESQ.
   Nevada Bar No. 00265                                  Nevada Bar No. 8276
   Chris Davis, Esq.                                              REX D. GARNER, ESQ.
   Nevada Bar No. 6616                                      Nevada Bar No. 9401
   375 E. Warm Springs Rd., Suite 104             1635 Village Center Circle, Suite 200
   Las Vegas, Nevada 89119                               Las Vegas, NV 89134
   Attorneys for Defendants                                 Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2018.

_____
UNITED STATES JUDGE