ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       rex.garner@akerman.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A., as Trustee for the Certificateholders of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5,<br><br>Plaintiff,<br><br>vs.<br><br>GRAND SIERRA RESORT UNIT-OWNERS' ASSOCIATION; MEI-GSR HOLDINGS, LLC; AM-GSR HOLDINGS LLC; and DB PRIVATE WEALTH MORTGAGE LTD.,<br><br>Defendants. | Case No.: 2:15-cv-00654-GMN-CWH<br><br>**DISCLAIMER OF INTEREST AND DISMISSAL OF DB PRIVATE WEALTH MORTGAGE LTD.** |

Plaintiff Wells Fargo Bank, N.A., as Trustee for the Certificateholders of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 (**"Wells Fargo"**) and Defendant DB Private Wealth Mortgage Ltd (**"DB Private Wealth"**) stipulate as follows:

1. WHEREAS, DB Private Wealth claims no legal right, title, or interest in the deed of trust recorded in the Washoe County recorder's office against the property located at 2500 East 2nd Street #1940, Reno, Nevada 89595 (the **"Property"**) on August 22, 2013, as Instrument No. 4271930 (the **"4271930 deed of trust"**), as evidenced by a Substitution of Trustee and Deed of Reconveyance, dated August 24, 2016, and attached hereto as **Exhibit A**.

2. WHEREAS, DB Private Wealth claims no legal right, title, or interest in the deed of trust recorded in the Washoe County recorder's office against the property located at 2500 East 2nd Street #1940, Reno, Nevada 89595 (the **"Property"**) on August 22, 2013, as Instrument No. 4271931 (the **"4271931 deed of trust"**), as evidenced by a Substitution of Trustee and Deed of Reconveyance, dated August 24, 2016, and attached hereto as **Exhibit B**.

3. WHEREAS, DB Private Wealth and its successors expressly disclaim any and all right, title, and interest in the Property which it obtained solely pursuant to the above-referenced deeds.

4. WHEREAS, Wells Fargo agrees, based upon DB Private Wealth's disclaimer set forth herein, that DB Private Wealth should be dismissed from this action; and

5. WHEREAS, based upon DB Private Wealth's disclaimer set forth herein, Wells Fargo and DB Private Wealth agree to bear their own attorney's fees and costs.

DATED: June 25, 2018.

**AKERMAN LLP**

/s/ Rex D. Garner, Esq.
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Wells Fargo Bank, N.A., as Trustee for the Certificateholders of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5*

DATED: June 25, 2018.

Eric Herbst
DB USA CORE CORPORATION
DB PRIVATE WEALTH MORTGAGE LTD.
5201 Gate Parkway
Jacksonville, Florida 32256

## ORDER

IT IS HEREBY ORDERED that the parties' stipulation to dismiss Plaintiff's claims against DB Private Wealth Mortgage Ltd. is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is instructed to close the case.

Dated this __30__ day of June, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

## INDEX OF EXHIBITS

A. Substitution of Trustee and Deed of Reconveyance (for the first deed of trust, Doc No. 4271930), dated August 24, 2016

B. Substitution of Trustee and Deed of Reconveyance (for the second deed of trust, Doc No. 4271931), dated August 24, 2016

# EXHIBIT A

**Substitution Of Trustee
And Deed Of Reconveyance
(Dated August 24, 2016)**

**When Recorded Mail to:**
Scott Giordano, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154

## SUBSTITUTION OF TRUSTEE AND DEED OF RECONVEYANCE

The Undersigned, **DB PRIVATE WEALTH MORTGAGE LTD.** (the "Beneficiary"), as the owner and holder of the notes secured by that certain **Leasehold Deed of Trust, Assignment of Leases and Rents, Fixture Filing, and Security Agreement** ("Deed of Trust") made by **MEI-GSR HOLDINGS, LLC** (the "Grantor"), as Trustor, to **FIRST AMERICAN TITLE COMPANY**, as Trustee, for the benefit of the Beneficiary, as beneficiary, which Deed of Trust was recorded **August 22, 2013** as **Doc. No. 4271930**, in Official Records of Washoe County, Nevada, hereby substitutes and appoints the Beneficiary as TRUSTEE in lieu of the Trustee therein.

Whereas said SUBSTITUTED TRUSTEE, pursuant to the request of Beneficiary and in accordance with the provisions of said Deed of Trust, DOES HEREBY RECONVEY WITHOUT WARRANTY, TO THE PERSON, OR PERSONS, LEGALLY ENTITLED THERETO, ALL THE ESTATE NOW HELD BY IT UNDER SAID DEED OF TRUST.

Dated this __24__ day of August, 2016

[SIGNATURE PAGE FOLLOWS]

10581227.1
217938-10063

BENEFICIARY:

DB PRIVATE WEALTH MORTGAGE LTD.

By: _____
Name:
Title:    Thomas Clarke
         Managing Director

By: _____
Name:
Title:    John Skorupski
         Vice President

State of New York
County of New York

On  August 24 , 2016 before me, a NOTARY PUBLIC, personally appeared Thomas Clarke personally known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to this document.

_____
(Notary Public)

ANTHONY PONTORIERO
Notary Public, State of New York
No. 01PO6311276
Qualified in New York County
Commission Expires September 15, 20 18

State of New York
County of New York

On  August 24 , 2016 before me, a NOTARY PUBLIC, personally appeared John Skorupski personally known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to this document.

_____
(Notary Public)

ANTHONY PONTORIERO
Notary Public, State of New York
No. 01PO6311276
Qualified in New York County
Commission Expires September 15, 20 18

10581227.1
217938-10063

SUBSTITUTION OF TRUSTEE AND DEED OF RECONVEYANCE
(Leasehold)

# EXHIBIT B

**Substitution Of Trustee
And Deed Of Reconveyance
(Dated August 24, 2016)**

**When Recorded Mail to:**
Scott Giordano, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154

### SUBSTITUTION OF TRUSTEE AND DEED OF RECONVEYANCE

The Undersigned, **DB PRIVATE WEALTH MORTGAGE LTD.** (the "Beneficiary"), as the owner and holder of the notes secured by that certain **Fee Deed of Trust, Assignment of Leases and Rents, Fixture Filing, and Security Agreement** ("Deed of Trust") made by **MEI-GSR HOLDINGS, LLC, AM-GSR HOLDINGS, LLC and GAGE VILLAGE COMMERCIAL DEVELOPMENT, LLC** (collectively, the "Grantor"), as Trustor, to **FIRST AMERICAN TITLE COMPANY,** as Trustee, for the benefit of the Beneficiary, as beneficiary, which Deed of Trust was recorded **August 22, 2013** as **Doc. No. 4271931**, in Official Records of Washoe County, Nevada, hereby substitutes and appoints the Beneficiary as TRUSTEE in lieu of the Trustee therein.

Whereas said SUBSTITUTED TRUSTEE, pursuant to the request of Beneficiary and in accordance with the provisions of said Deed of Trust, DOES HEREBY RECONVEY WITHOUT WARRANTY, TO THE PERSON, OR PERSONS, LEGALLY ENTITLED THERETO, ALL THE ESTATE NOW HELD BY IT UNDER SAID DEED OF TRUST.

Dated this _24_ day of August, 2016

[SIGNATURE PAGE FOLLOWS]

**BENEFICIARY:**

**DB PRIVATE WEALTH MORTGAGE LTD.**

By:_____
    Name:  Thomas Clarke
    Title: Managing Director

By:_____
    Name:  John Skorupski
    Title: Vice President

State of New York
County of New York

On __August 24__, 2016 before me, a NOTARY PUBLIC, personally appeared __Thomas Clarke__ personally known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to this document.

_____
(Notary Public)

ANTHONY PONTORIERO
Notary Public, State of New York
No. 01PO6311276
Qualified in New York County
Commission Expires September 15, 20_18_

State of New York
County of New York

On __August 24__, 2016 before me, a NOTARY PUBLIC, personally appeared __John Skorupski__ personally known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to this document.

_____
(Notary Public)

ANTHONY PONTORIERO
Notary Public, State of New York
No. 01PO6311276
Qualified in New York County
Commission Expires September 15, 20_18_